# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

Melissa Sue King

_____

_____

_____

(Full name of plaintiff(s))

vs

Lynne Green

Al Olson

Andrew Heidt

(Full name of defendant(s))

RECʼD/FILED

2016 APR 22  PM 2:38

PETER OPPENEER
CLERK US DIST COURT
W.D OF WI

Case Number: **16 C 271**

(Supplied by clerk)

## COMPLAINT

### A. JURISDICTION

1. Melissa S. King _____, resides at
   (Plaintiff)

   3117 Webb Avenue ____, at Madison, WI _____
   (Address)                      (City, State)

2. Defendant Lynne Green /Andrew Heidt is employed as
   (Name of First Defendant)

   Head of DHHS _____ at _____
   (Position and Title, if any)        (Address)

3. Defendant Al Olson _____ is employed as
   (Name of Second Defendant)

   Assn. Journey /VA / Methadone at _____
   (Position and Title, if any)        (Address)

(Non-Prisoner Complaint)

B.  CAUSE OF ACTION

> On the space provided on the following pages, tell what specific incidents or conversations occurred which led you to believe your constitutional or federal rights have been or are presently being violated.  IT IS IMPORTANT THAT THE ALLEGATIONS BE BRIEF, BUT SPECIFIC. Do not cite legal authorities, such as earlier court decisions or laws enacted by the legislature or Congress, to support your lawsuit at this early stage of your case.

Your Honor,

Our family members were activists, the ones left have drug, mental and other issues, ties with criminals who predate or form attachements to us and our children, including Andrew Heidt's own relatives ~ Antonia and Duane Caravello, Gloria Lynch, James Ermili and Sons. I have repeatedly let Lynn Green, Journey; Vickie Anderson, DHHS Staff, Law enforcement and judges in their monkey court cases that were used as a basis to secure us and retationships used as basis to form control they were unwanted and harmful, even their extensive records when I have none and who my husband is/was, not McGraw. Yet they persisted and give my children and I histories, others as well, to continue harm/trafficking

I have been falsely detained twice, assaulted by law enforcement pregnant in cast with court orders, in front of my children of rape, including my autistic child of rape, Arik McGraw, daughter of same whom they sexually abused, McGraw Heims, Ananna/Alannah McGraw, who was kidnapped back around abuser and their family + these people arranged and sought legal judgements and tickets, too.

Mr Heidt and Mr Olson repeatedly lied to VA and other officials, committed crimes on me through All of his positions as well as court officials, like Judge Flanagan, whom I sought both a juvenile and protective orders for my unborn child next, to no avail.

C. REQUEST FOR RELIEF

1.  I _Melissa Sillins_ request that I be allowed to commence this action without
    (do, do not)

    prepayment of fees and costs, or security therefor, pursuant to 28 U.S.C. §1915. The
    attached affidavit of indigency has been completed and is submitted in support of this
    request for leave to proceed in forma pauperis.

2.  In the following space, please indicate exactly what it is you wish this court to do.

I wish their unlawful judgements and actions reversed and my adult and underaged children and I under your jurisdiction to prevent further crimes or illegal proceedings from them until this is straightened out, Their allowing trafficking, by criminals leading to childrens and Veterans deaths

Dated this _22_ day of _April_, 20_16_.

_Melissa S. King_
(Signature)

_3117 Webb Avenue_
(Street or PO Box)

_Madison, WI 53714_
(City, State Zip Code)