IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELISSA SUE KING,

    Plaintiff,                                                    ORDER

v.

                                                           Case No.  16-cv-271

LYNNE GREEN, et al.

    Defendants.

MELISSA SUE KING,

    Plaintiff,                                                    ORDER

v.

                                                          Case No.  16-cv-272

HOCHUNK NATION, et al.

    Defendants.

Plaintiff Melissa Sue King has filed two proposed civil complaints.  Plaintiff seeks to commence these lawsuits without prepayment of the filing fees pursuant to 28 U.S.C. § 1915.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Melissa Sue King's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed because the complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seek

monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

        Entered this 26th day of April, 2016.

                BY THE COURT:

                /s/
                PETER OPPENEER
                Magistrate Judge